IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PRIVACASH, INC.,

    Plaintiff,

v.

AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC. and AMERICAN EXPRESS
PREPAID CARD MANAGEMENT CORPORATION,

    Defendants.

ORDER

13-cv-86-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a).

Entered this 26th day of February, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

1