UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **PRIVACASH, INC.**<br><br>    *Plaintiff*,<br>v.<br><br>**AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY** and **AMERICAN EXPRESS PREPAID CARD MANAGEMENT CORPORATION**<br><br>    *Defendants.* | Honorable Barbara B. Crabb<br><br>Case No. 3:13-cv-0086-bbc<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL TO THE FEDERAL CIRCUIT COURT OF APPEALS

PrivaCash, Inc., plaintiff/counter-defendant in the above-identified case, appeals to the **United States Court of Appeals for the Federal Circuit** from the Final Judgment and the Opinion and Order granting summary judgment, both entered in this action on July 22, 2014, as to defendants American Express Travel Related Services Company and American Express Prepaid Card Management Corporation.

Dated: August 20, 2014

Respectfully submitted,
**BROOKS KUSHMAN P.C.**

   /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
John M. Halan (MI Bar No. P37616)
John S. Le Roy (MI Bar No. P61964)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 - Fax: (248) 358-3351
Email: tlewry@brookskushman.com
          jhalan@brookskushman.com
          jleroy@brookskushman.com
*Attorneys for Plaintiff, PrivaCash, Inc.*

